UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD W. JACKSON                                                CIVIL ACTION

versus                                                                       NO. 07-9341

CORNEL HUBERT                                                    SECTION: "J" (3)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Donald W. Jackson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of June, 2008.

UNITED STATES DISTRICT JUDGE